Wv ü.í'.a, ,-..i..'-',b issba, as la.t.ly broached., red arqn» iiiv-Ar. ioAVif'<5 '>■>» ?>„ YLc* ■ii-ulu: < hu^.. :c avid to bz ■. prow, <s sii míí »'» iv¡. ,. cuija «v uív sLi«ü That dure.; o 5 id raw v if „ > '.it myicC ‘rom úu opwradoa oí the at cos.d ciaran l : «a ;.... r¡ g 'iiv-.i.- as, tíu-y are ínua ib- fust, ir ¡Wy ca-ler wsVttia t,... t,jvR« twE \ . 5 ‘•o thesu !.y hit- proviso j a.ih L?jtj!‘ví..n' ti s-. Flu í.-'cíi.í. h?. aic. k-in the spt-v,"vk; mo vt-ooncc.. f'i i «•viv.,r: .. .5:: «.L. oc u-hfu up>.n. What cheii ? 1. 11 Le a piv/i *,.i» . , .¿/-zb ••:» ’«v-cs. ihat pjove tlias a ce'our oZ t.’.J.1 ir , . v.¡afj. i Á*i t.u. cm oal} is, that the aushor oí the v.pvwSi :>jZ t./av iatoritct ia fibc ; >»■ :< .v.l-.v A ’tule ireilcr> w-ia aowsvcu will deau>8sm>tet tl.ai the p.iw.'v h not s.a «reap. Cun to the seeoad cka-«.. í'he ^tovko <<p£‘.a\,v ,v. »© e.y.,.eyth c.o of ceiu/u paysoi.s who atliei vitic would üs t «.«isiprebersded N. [5;e getiiit-ti terats of the act, and ir, coaceras perica, tv ho are uh.k of ro.<retvto::. iad, are to s.-cgoH& k by enny or cI-hsu I> asvily» '¿ie?(iíj;:vy h ait exception ci cettain pesaotic, ir».*®*. oecol soate g'.iK'cú ck.aae, reqairieg theh* entry by a la'aH,e,c Uma, The ceeiSEd clause doe.v not, ¡require any entry, ®or si all .reRCc.s persor’j:? out of pa&Fissíovs» It resy-eels thc¿e tsffi’iy who ers h\ posoctsio::, i«r the purpose of oonSunaiag their Picks. I’Jjcic: who are out of po&eeestcn are not comprehended » the gcaer^ik ty of iar tetiiitr, utt»I eoase^ueedy cannot be wishra the proviso ad«. •üed by v.vay vsí civtepúoa to soaie cLuac which does comprehend theta. CrtiipMy «rlmt the escobó danto aays with tbs yrnvic» udded, it w::i tura cut thus: al! persons in passesaien, skcll have & food title eiceept femes covert, Sfc- who a*e tut ofpvasemon s ci u.iw.i tUlpeesom in pessessswt ¿hell. Hess a good tifie* crece ir, femes coved,, who though In possession, hie the otueirs cmrrere,'A-iC. ed hi 1 'he clause* shad outer £0 aequstep&ssession wsinin ¿knee yea ■ ,s* «fiar Sscoveriure* &fu. Sut why khor oh use other aid. -.o p -avs tUir, posiúoní Stití our strong bold remains, it r.i.y & ÜL be dvav/a íru« die expricbiuRs of ibe p'.on:oah'tadv avicu. ch :í the owtry »jv cldwn p> in be C2esrí¡*d against a >y v *e»£, '>n erw .v- ^ p.wtcJi v/trís c.Four «f i'íi/^ ¿Jpoa ibis e%prcr»>oa ’« lire _ " •'■>'.1 cl coltiif tfiiil,; e, £? h iu xkúíí í ? it- wine *310 out little inaccuracies in the appendix, if they do not affect the; argument raised on the ground we mention.

Adjoumutuu